**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>                      Plaintiff,<br><br>          v.<br><br>AMNEAL PHARMACEUTICALS LLC,<br><br>                      Defendant. | No. 1:17-cv-986-TWP-MPB |

**ORDER GRANTING PLAINTIFF ELI LILLY AND COMPANY'S
MOTION TO WITHDRAW THE APPEARANCE OF ALEC T. SWAFFORD**

Plaintiff Eli Lilly and Company, by counsel, having filed a Motion to Withdraw the Appearance of Alec T. Swafford, and the Court having considered the Motion now finds that it should be granted.

IT IS, THEREFORE, ORDERED that this matter is reopened for the purpose of ruling on the pending Motion to Withdraw the Appearance of Alec T. Swafford.

IT IS FURTHER ORDERED, that the appearance of Alec T. Swafford is withdrawn in this matter.

IT IS FURTHER ORDERED, that this matter shall remain administratively closed in accordance with the Court's Order (Dkt. 49).

Date: 7/27/2018

                                                  Hon. Tanya Walton Pratt, Judge
                                                  United States District Court
                                                  Southern District of Indiana

Distribution to all counsel of record via ECF.